Our study of the record submitted, leads us to the conclusion that it presents no debatable question, and accordingly the writ of *certiorari* is denied.

JAMES HARRAN, PROSECUTOR, v. FORD MOTOR COMPANY, RESPONDENT.

Argued January 16, 1935—Decided April 15, 1935.

Before Justices HEHER and PERSKIE.

For the prosecutor, *David Roskein* and *Harold Krieger.*

For the respondent, *McCarter & English.*

PER CURIAM.

Our study of the record submitted, leads us to the conclusion that it presents debatable questions, and that the entire case should be reviewed; accordingly the writ of *certiorari* is allowed.